UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID O'KEEFE,**<br>*On behalf of himself and all other similarly situated persons*,<br><br>　　Plaintiff,<br><br>v.<br><br>**HESS CORPORATION, HAMES D. CHAMBERLAIN, CAROL DURST, AND JOHN/JANE DOES,**<br><br>　　Defendants. | 2:10-cv-2598-WJM-MF<br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

## ORDER

　　A Report and Recommendation was filed on September 1, 2010, recommending that this civil action be remanded to the Superior Court of New Jersey. The parties were notified that they had ten days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). Defendants timely filed an objection to the Report and Recommendation and Plaintiffs filed a response to Defendants' objection. The Court having reviewed the Report and Recommendation, and for good cause shown,

　　**IT IS** on this 13th day of October 2010,

**ORDERED** that Defendants' objection to the Report and Recommendation are overruled; and it is further

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that this matter be and hereby is remanded to the Superior Court of New Jersey.

   /s/William J. Martini
**William J. Martini, U.S.D.J.**